FOR SERVICE OF PROCESS **ONLY**
1. INSTRUCTIONS MUST BE FILLED IN COMPLETELY.
2. ONLY ONE DEFENDANT OR WITNESS PER INSTRUCTION SLIP.
3. PINK COPY IS YOUR FILE COPY — REMOVE & RETAIN.
4. SEND ALL OTHER COPIES TO LEGAL SUPPORT SERVICES.

**LEGAL SUPPORT SERVICES**
1262½ West 2nd Street
Los Angeles, California 90026
Phone (213) 250-0228   FAX (213) 250-1921

RECEIVED FEB 19 2008

ENTERED FEB 19 20

| DATE | | |
|---|---|---|
| 2-19-08 | | C/C |

PERSON OR ENTITY TO SERVE (List as it is to appear on the Proof of Service):
Darren Geare

LAW FIRM / ADDRESS: Dan Halper, PMB 173, 249 Smith St., Brooklyn NY 11231

C.C.P. 416.10 ☐  416.20 ☐  416.40 ☐  416.50 ☐  416.60 ☐  INDIV.

PLTF: Robert Pitak
DEFT: Geare

COURT: USDC - New York
CASE NO: 08CV00147
DOCUMENT: S+C

SERVICE INSTRUCTIONS: WITNESS FEES ATTACHED $ —  014182

HOME ADD. & PHONE NO: 15736 Hesse Dr., La Mirada, Ca 90638

PROCESS SERVER: MK

```
                    LEGAL SUPPORT SERVICES
                    1262 1/2 WEST 2ND STREET
                     LOS ANGELES, CA  90026
                         (213) 250-0228
                       (213) 250-1921 (FAX)
------------------------------------------------------------------
              REPORT AFTER ATTEMPTED SERVICE OF PROCESS
------------------------------------------------------------------

INVOICE #: 14182

LAWFIRM:
        HALPER, DAN
        PMB 173, 249 SMITH ST.
        BROOKLYN, NEW YORK   11231

Case Number: 08CV00147

Plaintiff: PTAK
Defendant: GEARE

Document(s): SUMMONS AND COMPLAINT

Person To Serve:
 DARREN GEARE

Home Address: 15736 HESSE DR.
              LA MIRADA, CA   90638


Status:
------------------------------------------------------------------
MARK ALLEN, STEP-FATHER & CO-OCCUPANT
------------------------------------------------------------------
------------------------------------------------------------------
Date Served: 02/24/2008   Time: 12:17 PM
------------------------------------------------------------------
------------------------------------------------------------------
Charges:

Process:             35.00
Decl/Mailing:        10.00
                     -----
Total Due:          $45.00
------------------------------------------------------------------
------------------------------------------------------------------
Sub-Served? T   Mailed From: LOS ANGELES, CA Date Mailed:02/25/2008
------------------------------------------------------------------
Process Server: M. KIM
```

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 2-24-08 @ 12:17 pm |
| NAME OF SERVER (PRINT)  M. KIM | TITLE | REGISTERED PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:
MARK ALLEN, STEP FATHER & CO OCCUPANT
SERVED AT: 15736 Hesse Dr., La Mirada, CA 90638

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | | |
|---|---|---|---|
| TRAVEL | SERVICES | TOTAL | $45.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-26-08
              *Date*                   *Signature of Server*

1262½ W. 2nd St., Los Angeles, CA  90026
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**FOR SERVICE OF PROCESS ONLY**
1. INSTRUCTIONS MUST BE FILLED IN COMPLETELY.
2. ONLY ONE DEFENDANT OR WITNESS PER INSTRUCTION SLIP.
3. PINK COPY IS YOUR FILE COPY — REMOVE & RETAIN.
4. SEND ALL OTHER COPIES TO LEGAL SUPPORT SERVICES.

# LEGAL SUPPORT SERVICES
1262½ West 2nd Street
Los Angeles, California 90026
Phone (213) 250-0228   FAX (213) 250-1921

RECEIVED FEB 19 2008

ENTERED FEB 19 20[..]

| DATE | 2-19-08 | | | PERSON OR ENTITY TO SERVE: Darren Geare |
| --- | --- | --- | --- | --- |
| LAW FIRM / ADDRESS | Dan Halpen PMB 173 249 Smith St., Brooklyn NY 11231 | | | C.C.P. 416.10 ☐ 416.20 ☐ 416.40 ☐ 416.50 ☐ 416.60 ☐ INDIV. |
| ATTY'S FILE NO. | ATTENTION | PHONE NUMBER | | DATE OF HEARING | A.M. | P.M. | LAST DAY TO SERVE | RUSH SERV. | REG. SERV. |
| PLTF. Robert Pitak vs. DEFT. Geare | | | | COURT: USDC - New York   CASE NO. 08CV00147 |
| | | | | DOCUMENT: S & C |

SERVICE INSTRUCTIONS   WITNESS FEES ATTACHED $   014182

HOME ADD. & PHONE NO.: 15736 Hesse Dr., La Mirada, Ca 90638

BUS. ADD. & PHONE NO.   Working Hours

TO EXPEDITE PLEASE FURNISH DESCRIPTION BELOW IF KNOWN

| A HT. | B WT. | HR. | EYES | RACE | SEX | MILITARY SERVICE Yes ☐ No ☐ | AGE | SPECIAL MARKS |
| PHOTO ATTACHED | YES | NO | CAR | MAKE | MODEL | COLOR | LICENSE NO. |

| SERVED ON | TITLE | AT | COUNTY |

REPORT

| REFER TO THIS NUMBER ONLY WHEN PAYING | SUB. SERVED | MAILED/PLACE | | DATE | A.M. | P.M. |
| | DATE SERVED | A.M. | P.M. | PROCESS SERVER MK | | |

| TYPE SER. | AMOUNT |
| Process | |
| Declaration of Mailing | |
| Bad Address | |
| Waiting Time | |
| Locate | |
| Rush Service | |
| Fee Advanced | |
| *Not Found Return | |
| TOTAL | $ |